It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Memorandum: Respondent mother appeals from an order of disposition granting the petition seeking revocation of a suspended judgment and termination of her parental rights with respect to four of her children. We reject the mother's contention that Family Court erred in refusing to extend the suspended judgment pursuant to Family Court Act § 633 (b). "The suspended judgment, having already been extended six months, was properly revoked where [the mother] admittedly failed to comply with its terms" (*Matter of Robert Calvin R.*, 59 AD3d 265, 266 [2009]). In addition, the mother failed to demonstrate that "exceptional circumstances" required extension of the suspended judgment (Family Ct Act § 633 [b]; *see Matter of Lourdes O.*, 52 AD3d 203 [2008]). Present—Scudder, P.J., Martoche, Fahey, Peradotto and Green, JJ.

■ In the Matter of JAMES J. MORAN, for Reinstatement to the Practice of Law in the State of New York. [877 NYS2d 709]—Order entered terminating suspension and reinstating petitioner to the practice of law. Present—Hurlbutt, J.P., Smith, Centra, Peradotto and Gorski, JJ. (Filed Apr. 7, 2009.)

■ In the Matter of ELIZABETH ANNE TRITTIPO, an Attorney, Resignor. [877 NYS2d 709]—Voluntary resignation accepted and name removed from roll of attorneys (*see Matter of Manown*, 240 AD2d 83 [1998]). Present—Martoche, J.P., Fahey, Carni, Green and Pine, JJ. (Filed Mar. 31, 2009.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL RHYMES, Appellant. [878 NYS2d 927]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Hurlbutt, Carni, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES KIRSCH, Appellant. [878 NYS2d 927]—Motion for writ of error coram nobis denied. Present—Scudder, P.J., Smith, Green, Pine and Gorski, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN E. AKIN, Appellant. [878 NYS2d 926]—Motion for reargument and leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Hurlbutt, Fahey, Green and Pine, JJ.

■ In the Matter of LIGHTHOUSE POINTE PROPERTY ASSOCIATES LLC, Respondent, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Appellants. [878 NYS2d 926]—Motion for reargument denied. Motion for leave to appeal